*trial Savings Bank,* 275 Ill. 139, 113 N.E. 937; *People v. LaPorte,* 28 Ill. App.2d 139, 171 N.E.2d 95; *In re Estate of Hirsh,* 27 Ill.App.2d 228, 169 N.E.2d 591.

Judgment affirmed.

EBERSPACHER, P. J., and MORAN, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PAUL ROBERTS, a/k/a MAURICE JONES (Impleaded), Defendant-Appellant.

(No. 55002;

First District (1st Division)—June 4, 1973.

Opinion by Mr. JUSTICE GOLDBERG.

Gerald W. Getty, Public Defender, of Chicago, (Stanley Sacks and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Albert Rosendahl, Assistant State's Attorneys, of counsel,) for the People.